Case 19-11225-TPA    Doc 28    Filed 05/24/20    Entered 05/25/20 00:33:21    Desc  
Certificate of Notice    Page 1 of 2

FILED  
5/21/20 4:53 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: Nadiya G. Carr fka Nadiya G Coughenour<br>　　　　　　Debtor(s) | |
| Lakeview Loan Servicing, LLC<br>　　　　　　Movant<br>v.<br>Nadiya G. Carr fka Nadiya G Coughenour<br>　　　　　　Respondent<br>　　　　　　And<br>Scott V. Coughenour<br>Ronda J. Winnecour, Trustee<br>　　　　　　Additional Respondents | BK. NO. 19-11225 TPA<br><br>CHAPTER 13<br><br>Related to Document No. 20 |

---

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 21st day of May, 2020, upon Motion of Lakeview Loan Servicing, LLC, its successors and/or assigns, it is

　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 10322 Sampson Road, Waterford, PA 16441 **("Property), so as** to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property **to Sheriff's Sale, in addition to potentially pur**suing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-11225-TPA
Nadiya G. Carr                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: nsha              Page 1 of 1              Date Rcvd: May 22, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db              +Nadiya G. Carr,    5789 Nickel Drive,    Erie, PA 16509-3861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger    on behalf of Debtor Nadiya G. Carr rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4