Form 235

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

29 – 13, 17, 20  
jmar

In re:                                                                  : Bankruptcy Case No.: 19−11225−TPA  
                                                                        :  
                                                                        : Chapter: 13  
                                                                        : Issued per the July 7, 2020 Proceeding  
**Nadiya G. Carr**  
**fka Nadiya G Coughenour**  
  Debtor(s)

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*   *PLAN CONFIRMATION:*

  IT IS HEREBY ORDERED that the Plan dated December 23, 2019 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   *IT IS FURTHER ORDERED THAT:*

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: July 10, 2020
cc: All Parties in Interest to be served by Clerk in seven (7) days

Case 19-11225-TPA    Doc 31    Filed 07/12/20    Entered 07/13/20 00:32:40    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-11225-TPA
Nadiya G. Carr                                                                            Chapter 13
        Debtor               **CERTIFICATE OF NOTICE**

District/off: 0315-1        User: jmar              Page 1 of 2                Date Rcvd: Jul 10, 2020
                            Form ID: 235            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db          +Nadiya G. Carr,    5789 Nickel Drive,    Erie, PA 16509-3861
15184009     Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15170486    +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,   Camp Hill, PA 17011-7303
15170489    +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
              Cleveland, OH 44122-5662
15202973    +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
15170492    +Phillip Hernandez,   24 Deer Creek Rd,    Pomona, CA 91766-4934
15170494    +Scott & Associates, P.C.,    6 Kacey Court, Suite 203,    Mechanicsburg, PA 17055-9237
15170495    +Scott Coughenour,   10322 Sampson Road,    Waterford, PA 16441-7402
15170497    +The Honorable Susan Strohmeyer,    9333 Tate Road,    Suite 109,    Erie, PA 16509-6055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15170487    +E-mail/Text: convergent@ebn.phinsolutions.com Jul 11 2020 03:47:51
              Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
15170488    +E-mail/Text: electronicbkydocs@nelnet.net Jul 11 2020 03:47:41
              Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
15170485     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 11 2020 03:45:37      Chase Card Services,
              Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15170490    +E-mail/Text: bncnotices@becket-lee.com Jul 11 2020 03:47:10      Kohls/Capital One,
              Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15199729     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 03:45:05      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15170491     E-mail/Text: camanagement@mtb.com Jul 11 2020 03:47:15      M & T Bank,    Attn: Bankruptcy,
              Po Box 844,    Buffalo, NY 14240
15170493     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 03:45:44
              Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15182150     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 03:45:02
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15170496     E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 03:47:35      Sprint,    PO Box 4191,
              Carol Stream, IL 60197
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
15170499*      +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
15170500*      +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
15170501*      +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
15170502*      +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                 Cleveland, OH 44122-5662
15170498*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850)
15170503*      +Kohls/Capital One,   Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15170504*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:   M & T Bank,    Attn: Bankruptcy,    Po Box 844,    Buffalo, NY 14240)
15170506*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
15170505*      +Phillip Hernandez,   24 Deer Creek Rd,    Pomona, CA 91766-4934
15170509*     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court:   Sprint,    PO Box 4191,    Carol Stream, IL 60197)
15170507*      +Scott & Associates, P.C.,    6 Kacey Court, Suite 203,    Mechanicsburg, PA 17055-9237
15170508*      +Scott Coughenour,   10322 Sampson Road,    Waterford, PA 16441-7402
15170510*      +The Honorable Susan Strohmeyer,    9333 Tate Road,    Suite 109,    Erie, PA 16509-6055
                                                                                   TOTALS: 1, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: jmar                Page 2 of 2              Date Rcvd: Jul 10, 2020
                              Form ID: 235              Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger    on behalf of Debtor Nadiya G. Carr rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 4
```