IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|    Nadiya G Carr : | |
|      Debtors : | |
| : | Bankruptcy No. 19-11225 TPA |
| : | |
| : | Chapter 13 |
|    Nadiya G Carr : | |
|    Movant : | |
| : | |
| : | |
|       v. : | Document No. ____ |
| No Respondent : | |

## NOTICE OF CHANGE OF ADDRESS

Incorrect Address:  Nadiya Carr
                          5789 Nickel Drive
                          Erie PA 16509

Corrected Address:   Nadiya Carr
                           5611 Kuhl Rd
                           Erie, PA 16510


Dated: October 5, 2021

                                    By     /s/ Rebeka A. Seelinger_Esquire
                                             Rebeka A. Seelinger, Esquire
                                             Pa. I.D. #93897
                                             4640 Wolf Rd
                                             Erie, PA 16505
                                             (814)-824-6670
                                              E-Mail: rebeka@seelingerlaw.com
                                             Counsel for Debtor