**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NADIYA G. CARR<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>      vs.<br>No Respondents. | Case No.:19-11225<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/12/2019 and confirmed on 3/2/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,950.00 |
| Less Refunds to Debtor | 784.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,165.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 849.90 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,349.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6201 | | | | |
|   ***NONE*** | | | | |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NADIYA G. CARR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NADIYA G. CARR | 784.87 | 784.87 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ***NONE*** | | | | |
| **Unsecured** | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3915 | | | | |
|   COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 79ZB | | | | |
|   CONVERGENT OUTSOURCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2777 | | | | |
|   US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3619 | | | | |
|   US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3519 | | | | |
|   FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9215 | | | | |
|   CAPITAL ONE NA** | 1,596.42 | 1,596.42 | 0.00 | 1,596.42 |
|     Acct: 6030 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 611.82 | 611.82 | 0.00 | 611.82 |
|     Acct: 2755 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 8,077.27 | 8,077.27 | 0.00 | 8,077.27 |

19-11225     Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 0352 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LLC | 1,529.72 | 1,529.72 | 0.00 | 1,529.72 |
|    Acct: 7942 | | | | |
|    SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2511 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    PHILLIP HERNANDEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    SCOTT COUGHENOUR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    SCOTT AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 11,815.23 |

**TOTAL PAID TO CREDITORS**                      11,815.23

TOTAL CLAIMED
PRIORITY      0.00
SECURED      0.00
UNSECURED      11,815.23

Date: 09/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    NADIYA G. CARR

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-11225

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-11225-JCM

Nadiya G. Carr  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nadiya G. Carr, 5611 Kuhl Rd, Erie, PA 16510-4708 |
| 15170492 | + | Phillip Hernandez, 24 Deer Creek Rd, Pomona, CA 91766-4934 |
| 15170494 | #+ | Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15170497 | + | The Honorable Susan Strohmeyer, 9333 Tate Road, Suite 109, Erie, PA 16509-6055 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:54:45 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15184009 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:44:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15170486 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 27 2024 00:00:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15170487 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 27 2024 00:01:05 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15170488 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 27 2024 00:01:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15170489 | | Email/Text: rj@ffcc.com | Sep 27 2024 00:00:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15170485 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2024 00:03:42 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15170490 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2024 00:00:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15199729 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:26:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15202973 | ^ | MEBN | Sep 26 2024 23:50:37 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15170491 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 18 |

| | | | | |
|---|---|---|---|---|
| 15170493 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:43:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15182150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15170496 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 27 2024 00:03:56 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| 15170499 | *+ | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15170500 | *+ | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15170501 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15170502 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5630, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15170498 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15170503 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15170504 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15170506 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15170505 | *+ | Phillip Hernandez, 24 Deer Creek Rd, Pomona, CA 91766-4934 |
| 15170507 | *+ | Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15170508 | *+ | Scott Coughenour, 10322 Sampson Road, Waterford, PA 16441-7402 |
| 15170509 | *+ | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 15170510 | *+ | The Honorable Susan Strohmeyer, 9333 Tate Road, Suite 109, Erie, PA 16509-6055 |
| 15170495 | ##+ | Scott Coughenour, 10322 Sampson Road, Waterford, PA 16441-7402 |

TOTAL: 1 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| Rebeka Seelinger | | on behalf of Debtor Nadiya G. Carr rebeka@seelingerlaw.com |
| Ronda J. Winnecour | | cmecf@chapter13trusteewdpa.com |

TOTAL: 4